

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NOS. 02-11-00164-CR
### 02-11-00165-CR

WILLIAM IAN CAMPBELL                                    APPELLANT

V.

THE STATE OF TEXAS                                           STATE

-----------

FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

Appellant William Ian Campbell's appointed counsel has filed a motion to withdraw as attorney on appeal and a brief supporting that motion in compliance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). We notified Appellant of his opportunity to file a pro se response to his appointed counsel's

---

[1]*See* Tex. R. App. P. 47.4.

*Anders* brief. Appellant did not file a response but instead filed a pro se letter requesting that we dismiss his appeal in the above cause numbers.

We interpret Appellant's letter as a motion to dismiss his appeal. The motion was signed by Appellant only and not by his appointed counsel; therefore, the motion does not comply with rule 42.2(a) of the rules of appellate procedure. *See* Tex. R. App. P. 42.2(a). But because Appellant's appointed counsel has filed a motion to withdraw and a supporting brief stating that any appeal would be wholly frivolous and without merit, on our own initiative and for good cause, we suspend rule 42.2(a)'s requirement that the motion be signed by Appellant's attorney. *See* Tex. R. App. P. 2 (providing that "on its own initiative an appellate court may—to expedite a decision or for other good cause—suspend a rule's operation in a particular case"); *Smith v. State*, No. 02-07-00029-CR, 2007 WL 1725820, at *1 (Tex. App.—Fort Worth June 14, 2007, no pet.) (mem. op., not designated for publication).

No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.[2] *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

---

[2]Because Campbell has voluntarily dismissed this appeal, we need not address counsel's motion to withdraw.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  November 3, 2011

3